| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| DISTRICT OF DELAWARE | |
| Case number (if known) | Chapter 11 |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**    RENT-A-WRECK OF AMERICA, INC.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    95-3926056

4. **Debtor's address**

   **Principal place of business**

   13900 Laurel Lakes Avenue, Suite 100
   Laurel, MD 20707
   Number, Street, City, State & ZIP Code

   **Prince Georges**
   County

   **Mailing address, if different from principal place of business**

   11411 Rockville Pike
   Rockville, MD 20852
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number, Street, City, State & ZIP Code

5. **Debtor's website (URL)**    www.rentawreck.com

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify:

Debtor **RENT-A-WRECK OF AMERICA, INC.**                          Case number (if known) _____
       Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__5331__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ☒ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor **Bundy American, LLC**                Relationship **Subsidiary**
District **Delaware**    When _____    Case number, if known _____

Debtor  **RENT-A-WRECK OF AMERICA, INC.**   Case number (if known) _____
      Name

**11. Why is the case filed in this district?**

Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

Where is the property? _____
      Number, Street, City, State & ZIP Code

Is the property insured?
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **RENT-A-WRECK OF AMERICA, INC.**              Case number (*if known*)
         Name

■ **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/24/2017
             MM / DD / YYYY

X  *(signature)*                                      **James William Cash**
Signature of authorized representative of debtor       Printed name

Title  **President**

**18. Signature of attorney**

X  *(signature)*                                      Date  7/24/2017
Signature of attorney for debtor                            MM / DD / YYYY

**Aaron S. Applebaum**
Printed name

**Saul Ewing LLP**
Firm name

**1201 North Market Street**
**Suite 2300**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  302-421-6800        Email address  aapplebaum@saul.com

**5587**
Bar number and State

# RENT-A-WRECK OF AMERICA, INC.

## UNANIMOUS WRITTEN CONSENT OF DIRECTORS

The undersigned, being all of the Directors of Rent-A-Wreck of America, Inc., a Delaware corporation (the "Company"), in accordance with and pursuant to the Company's bylaws and the Delaware General Corporation Law, do hereby unanimously consent to, adopt and approve the following resolutions, with the same force and effect as if such resolutions were duly adopted by the unanimous affirmative vote of the Directors of the Company taken at special meetings thereof duly called and held on the 20th day of July, 2017 ("Effective Date"):

**WHEREAS**, in the judgment of the Directors of the Company, based in part upon the Company's severe cash shortfall, it is desirable and in the best interests of the Company, its creditors, equity holders, and other interested parties that a voluntary bankruptcy petition (the "Petition") be filed by the Company under the provisions of either chapter 11 or chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code");

**NOW, THEREFORE, BE IT RESOLVED**, that the Company shall be, and it hereby is, authorized, directed and empowered (i) to file the Petition, (ii) to consent to the entry of an order for relief in an involuntarily-commenced chapter 11 or chapter 7 case, if any, or (iii) to convert an involuntarily-commenced chapter 11 or chapter 7 case, if any, to a voluntary case, and to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

**FURTHER RESOLVED**, that each of James William Cash (President), Michael L. DeLorenzo (Vice President and Secretary), Gregg Steinbarth (Assistant Secretary), and Ronald Jaffe (Assistant Secretary and Treasurer), acting together or alone (each, a "Designated Officer"), is hereby authorized, directed and empowered, on behalf of and in the name of the Company, (i) to execute and verify the Petition as well as all other ancillary documents and other documents related to the bankruptcy case and to cause the Petition to be filed with the United States Bankruptcy Court for the District of Delaware and to make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents as a Designated Officer, in his discretion, deems necessary or desirable in order to carry out the intent and accomplish the purposes of these Resolutions (approval of any of the above-described documents to be conclusively established by the execution thereof by a Designated Officer), (ii) to execute (a) a consent to the entry of an order for relief in an involuntarily-commenced chapter 11 or chapter 7 case, if any, or (b) a request for conversion of an involuntarily-commenced chapter 11 or chapter 7 case, if any, (iii) to execute, verify, and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents (including debtor-in-possession loan agreements) necessary or desirable in connection with the foregoing, and (iv) to execute and verify any and all other documents necessary or appropriate in connection therewith in such form as a Designated Officer may approve (such

QB\44064960.2

approval to be conclusively established by the execution thereof by a Designated Officer);

**FURTHER RESOLVED**, that the law firm of Quarles & Brady LLP and any local Delaware counsel or special counsel selected by a Designated Officer, if any, are authorized, empowered and directed to represent the Company, as debtor and/or debtor in possession, in connection with any case commenced by or against it under the Bankruptcy Code;

**FURTHER RESOLVED**, that each Designated Officer is authorized, directed and empowered to retain on behalf of the Company such other attorneys, financial advisors, accountants, and other professionals, as such Designated Officer shall deem appropriate in his judgment;

**FURTHER RESOLVED**, that each Designated Officer is authorized, directed and empowered to enter into, in the name of and on behalf of the Company, as debtor and/or debtor in possession, any financial transactions as the Designated Officer so acting shall deem appropriate in his judgment, including, without limitation, debtor-in-possession financing with J.J.F. Management Services, Inc., and/or other financial institutions;

**FURTHER RESOLVED**, that each and every officer of the Company, be and each of them, acting alone, is hereby authorized, directed and empowered from time to time in the name of and on behalf of the Company to take such actions and execute and deliver such certificates, instruments, notices and documents as may be required or as such officer may deem necessary, advisable or proper to carry out and perform the obligations of the Company (including, without limitation, documents executed pursuant to which the Company shall receive postpetition funding); all such actions to be performed in such manner, and all such certificates, instruments, notices and documents to be executed and delivered in such form, as the officer performing or executing the same shall approve, the performance or execution thereof by such officer to be conclusive evidence of the approval thereof by such officer and by the Company;

**FURTHER RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Designated Officers of the Company, each of the officers of the Company be, and each of them hereby is, authorized, directed and empowered, in the name and on behalf of the Company, to do or cause to be done all such further acts and things and to execute and deliver all such other instruments, certificates, agreements and documents as they or any of them may consider necessary or appropriate to enable the Company to carry out the intent and to accomplish the purpose of the foregoing resolutions;

**FURTHER RESOLVED**, that all actions heretofore taken by any officer or director of the Company in connection with the foregoing resolutions be, and all such actions hereby are, confirmed, ratified, and approved in all respects; and

**FURTHER RESOLVED**, that this Unanimous Written Consent of Directors may be executed in counterparts.

IN WITNESS WHEREOF, the undersigned Directors have executed this Unanimous Written Consent of Directors as of the Effective Date.

Michael L. DeLorenzo, Director

*/s/ M. L. DeLorenzo, Director*

James William Cash, Director

*/s/ James W. Cash*

Gregg Steinbarth, Director

*/s/ Gregg Steinbarth*

QB\44064960.2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Rent-A-Wreck of America, Inc., *et al.*,[1] | ) Case No. 17-_____ (___) |
| | ) |
| Debtors. | ) Joint Administration Pending |
| | ) |

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 20 LARGEST UNSECURED CLAIMS

On the date hereof, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The following is a list of creditors holding the twenty (20) largest unsecured claims against the Debtors, prepared on a consolidated basis from the Debtors unaudited books and records as of the date hereof, and in accordance with rule 1007(d) of the Federal Rules of Bankruptcy Procedure. The list does not include (i) persons who come within the definition of "insider" set forth in section 101(31) of the Bankruptcy Code or (ii) secured creditors, unless the value of the collateral securing such claim is such that the unsecured deficiency places the creditor among the holders of the twenty (20) largest unsecured claims.

Nothing herein shall constitute an admission of liability by, or be binding on, the Debtors. The Debtors reserve all rights to assert that any debt or claim listed herein is a disputed claim or debt, and to challenge the priority, nature, amount, or status of any such claim or debt. In the event of any inconsistencies between the summaries set forth below and the respective corporate and legal documents relating to such obligations, the corporate and legal documents shall control.

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers are: Rent-A-Wreck of America, Inc. (6056) and Bundy American, LLC (5071). The principal place of business for each Debtor is 13900 Laurel Lakes Ave., Suite 100, Laurel, MD 20707.

2046744.1 07/24/2017

**Fill in this information to identify the case:**

Debtor name    Rent-A-Wreck Of America, Inc. et al.

United States Bankruptcy Court for the District of Delaware

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders        12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | RENT A WRECK, INC.  David Schwartz  2929 PICO BLVD  SANTA MONICA, CA 90405 | David Schwartz  P:  F: | Trade Debt | | | | $83,620.80 |
| 2 | TRIAD Insurance Management  116 John Robert Thomas Drive  Exton, PA 19341 | P: 610-280-9980  F: | Trade Debt | | | | $20,693.87 |
| 3 | YEXT, INC.  1 Madison Ave., 5th Floor  New York, NY 10010 | P: 888-621-8247  F: | Trade Debt | | | | $19,800.00 |
| 4 | PLAVE KOCH LLC  Attn Leslie Pujo  12005 SUNRISE VALLEY DR  RESTON, VA 20191 | Attn Leslie Pujo  P: 703-774-1200  F: | Trade Debt | | | | $5,343.00 |
| 5 | NATIONAL COMPUTER SERVICES  200 E LEXINGTON ST Suite 400  BALTIMORE, MD 21202 | P: 410-576-3000  F: | Trade Debt | | | | $3,650.00 |
| 6 | SEATTLE RAW  3000 SOUTH 176TH ST Suite B  SEATTLE, WA 98188 | P:  F: | Trade Debt | | | | $2,123.37 |
| 7 | DOVER NJ RAW  33 NORTH MORRIS ST  DOVER, NJ 07801 | P: 973-361-3044  F: | Trade Debt | | | | $510.26 |
| 8 | CITY OF LAUREL  8103 Sandy Spring Road  LAUREL, MD 20707 | P: 301-725-5300  F: | Trade Debt | | | | $237.61 |

Official Form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 1

Debtor  Rent-A-Wreck Of America, Inc. et al._____   Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | ADVANCE BUSINESS SYSTEMS 10755 York Road Cockeysville, MD 21030 | P: 410-252-4800 | Trade Debt | | | | $154.00 |
| 10 | FEDERAL EXPRESS P.O. BOX 371461 PITTSBURGH, PA 15250-7461 | P: F: | Trade Debt | | | | $139.91 |
| 11 | EXPRESSITECH 29-50778 Ledgestone Pl Chilliwack, BC V2P 0E7 Canada | P: F: | Trade Debt | | | | $105.45 |
| 12 | South Dakota Dept of Revenue 1520 Haines Ave. Suite 3 Rapid City, SD 57701 | P: 800-829-9188 F: | Trade Debt | | | | $86.90 |
| 13 | ACE Rent A Car/RezPower 4529 West 96th St Indianapolis, IN 46268 | P: 317-241-3030 F: | Trade Debt | | | | Unliquidated |
| 14 | CARDMEMBER SERVICES- Bank of America P.O. BOX 982238 El Paso, TX 19886-5796 | P: 877-543-4453 F: | Trade Debt | | | | Unliquidated |
| 15 | CARDMEMBER SERVICES- Bank of America P.O. BOX 982238 El Paso, TX 79998-2338 | P: 877-543-4453 F: | Trade Debt | | | | Unliquidated |
| 16 | KAYAK PO BOX 122038 Suite 2038 DALLAS, TX 75312 | P: F: | Trade Debt | | | | Unliquidated |
| 17 | CENTURY LINK PO BOX 29040 PHOENIX, AZ 85038-9040 | P: F: | Trade Debt | | | | $100.00 |
| 18 | Franchise Business Review 125 Brewery Lane Suite 5 Portsmouth, NH 03801 | P: 866-397-6680 F: | Trade Debt | | | | $100.00 |
| 19 | ECO-SHRED LLC 5600 COLUMBIA PARK ROAD CHEVERLY, MD 20785 | P: 888-620-1404 F: | Trade Debt | | | | $60.00 |
| 20 | PRINT LINKS 8600 FOUNDRY ST #2062 SUITE 310 SAVAGE, MD 20763 | P: 410-880-0066 F: | Trade Debt | | | | $40.00 |

Official Form 204       Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims         page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Rent-A-Wreck of America, Inc., | ) Case No. 17-_____ (___) |
| | ) |
| Debtor. | ) Joint Administration Pending |
| | ) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following is a list of any corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of equity interests in the above-captioned debtor.

| Debtor | Direct Owner(s) | Indirect Owner(s) |
|---|---|---|
| Rent-A-Wreck of America, Inc. | J.J.F. Management Services, Inc. | N/A |

QB\47133538.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Rent-A-Wreck of America, Inc., | ) Case No. 17-_____ (___) |
| | ) |
| Debtor. | ) Joint Administration Pending |
| | ) |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following is a list of entities holding an interest in the above-captioned debtor.

| Name and Last Known Address or Place of Business | Nature of Interest Held | Amount of Interest Held |
|---|---|---|
| J.J.F. Management Services, Inc. 11411 Rockville Pike Rockville, MD 20852 | Sole Owner | 100% |

QB\47133544.1

**Fill in this information to identify the case:**

Debtor name   **RENT-A-WRECK OF AMERICA, INC.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐  *Schedule H: Codebtors* (Official Form 206H)
- ☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■  Other document that requires a declaration     **Corporate Ownership Statement; List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   7/24/2017     x   /s/ James W. Cash, Pres.
                                Signature of individual signing on behalf of debtor

**James William Cash**
Printed name

**President**
Position or relationship to debtor