# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Rent-A-Wreck of America, Inc., *et al.*,[1] | ) Case No. 17-11592 (LSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) **Re: Docket No. 120 and 137** |
| | ) |

## ORDER PURSUANT TO 11 U.S.C. § 1121 EXTENDING THE DEBTORS' EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT VOTES THEREON

Upon the Motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order, pursuant to sections 105(a) and 1121(d) of the Bankruptcy Code (a) extending the Debtors' Exclusive Filing Period by 181 days, through and including February 19, 2018, and (b) extending the Debtors' Exclusive Solicitation Period by 180 days, through and including April 20, 2018; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this matter being a "core" proceeding under 28 U.S.C. § 157(b); and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and the court being satisfied that the relief sought in the Motion is in the best interests of the Debtors, their creditors, and all parties-in-interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon review of the Motion and

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers are: Rent-A-Wreck of America, Inc. (6056) and Bundy American, LLC (5071). The principal place of business for each Debtor is 11411 Rockville Pike, Rockville, MD 20852, with administrative offices located at 13900 Laurel Lakes Drive, Suite 100, Laurel, MD 20707.

[2] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion.

668441.2 10/13/2017

all the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. Pursuant to section 1121(d) of the Bankruptcy Code, the period in which the Debtors have the exclusive right to file a chapter 11 plan is extended through and including February 19, 2018.

2. Pursuant to section 1121(d) of the Bankruptcy Code, the period in which the Debtors have the exclusive right to solicit acceptances of the chapter 11 plan is extended through and including April 20, 2018.

3. The entry of this Order is without prejudice to the Debtors' right to seek a further extension of the Exclusive Periods under section 1121 of the Bankruptcy Code.

4. This Court shall retain jurisdiction to hear and determine all matters arising from, or related to, the interpretation and implementation of this Order.

Wilmington, Delaware
Dated: October 13, 2017

_____
Honorable Laurie Selber Silverstein
United States Bankruptcy Judge