IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| RENT-A-WRECK OF AMERICA, INC., *et al.*,[1] | ) Case No. 17-11592 (LSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) **Re: Docket No. 135** |

**NOTICE OF AMENDED[2] AGENDA FOR TELEPHONIC HEARING SCHEDULED
FOR OCTOBER 16, 2017 AT 11:00 A.M. (PREVAILING EASTERN TIME)
BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN[3]**

**MATTERS GOING FORWARD:**

1. David Schwartz and Rent-A-Wreck, Inc.'s Motion for 2004 Exam to Debtors RAWA & Bundy [Docket No. 110; filed: 09/21/17]

   Response Deadline: October 9, 2017 at 4:00 p.m.

   Responses Received:

   A. Debtors' Objection to the Motion of David Schwartz and Rent-A-Wreck, Inc. (of California) for 2004 Exam [D.I. 134; filed: 10/09/17]

   Related Documents:

   B. **Reply in Support of David Schwartz and Rent-A-Wreck, Inc.'s Motion for 2004 Exam to Debtors, RAWA/Bundy [D.I. 141; filed: 10/13/17]**

   Status: This matter is going forward.

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers are: Rent-A-Wreck of America, Inc. (6056) and Bundy American, LLC (5071). The principal place of business for each Debtor is 11411 Rockville Pike, Rockville, MD 20852, with administrative offices located at 13900 Laurel Lakes Drive, Suite 100, Laurel, MD 20707..

[2] **All Amended Agenda items appear in bold.**

[3] Parties who are unable to attend a hearing may request telephonic participation by contacting CourtCall toll free by phone (866-582-6878) or by facsimile (866-533-2946).

669143.1 10/13/2017

Dated: October 13, 2017
       Wilmington, Delaware

/s/ Mark Minuti
_____
Mark Minuti (DE Bar No. 2659)
Aaron S. Applebaum (DE Bar No. 5587)
**SAUL EWING ARNSTEIN & LEHR LLP**
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6840
Facsimile: (302) 421-5873
mark.minuti@saul.com
aaron.applebaum@saul.com

-and-

Faye Feinstein (admitted *pro hac vice*)
Christopher Combest (admitted *pro hac vice*)
**QUARLES & BRADY LLP**
300 N. LaSalle Street, Suite 4000
Chicago, IL 60654
Telephone: (312) 715-5000
Facsimile: (312) 715-5155
faye.feinstein@quarles.com
christopher.combest@quarles.com

*Counsel for Debtors and Debtors-in-Possession*